```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DANNY MENYWEATHER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3247 |
| | ) | |
| v. | ) | |
| | ) | |
| BUNGE MILLING, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion to seal, filing 25, is granted and its index of evidence in support of its motion for summary judgment shall be filed under seal.

DATED this 14th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge